UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALENTIN VASCONCELUS-VAZQUEZ,

        Petitioner,

v.

KEVIN RAYCRAFT and MAT KING,

        Respondents.

_____/

Case No. 2:26-cv-11070

Honorable Susan K. DeClercq
United States District Judge

## ORDER CLOSING THE CASE

On April 27, 2026, this Court entered an opinion and order granting Petitioner Valentin Vasconcelus-Vazquez's petition for writ of habeas corpus, dismissing all Respondents except Kevin Raycraft and Mat King, and ordering Respondents to provide Vasconcelus-Vazquez with a bond hearing or otherwise release him. ECF No. 6. Respondents were also ordered to provide a status report confirming their compliance with this Court's order. *Id.* at PageID.69. On May 6, 2026, Respondents notified this Court in a status report that the immigration court held a bond hearing for Vasconcelus-Vazquez on May 1, 2026. ECF No. 7 at PageID.70. Accordingly, having found that Respondents complied and Vasconcelus-Vazquez received his requested relief, it is **ORDERED** that this matter is now **CLOSED.**

      **This is a final order and closes the above-captioned case.**

                              */s/Susan K. DeClercq*
                              SUSAN K. DeCLERCQ

Dated: May 7, 2026               United States District Judge